UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | | |
|---|---|---|
| DR. GLENN W. CHERRY, et al. | : | |
| | : | |
| Plaintiffs, | : | Case No. 8:09 CV-33-T33-EAJ |
| | : | |
| vs. | : | |
| | : | Judge Covington |
| D.B. ZWIRN SPECIAL | : | |
| OPPORTUNITIES FUND, L.P., et al. | : | |
| | : | |
| Defendants. | : | |

## MOTION OF PLAINTIFFS TO WITHDRAW MOTION TO FILE SECOND AMENDED EMERGENCY COMPLAINT AND EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

In accordance with the provisions of Fed. R. Civ. P. 15 (a), Plaintiffs in this action respectfully move to withdraw their Motion to File Second Amended Emergency Complaint and Emergency Motion for Temporary Restraining Order and Preliminary Injunction. A memorandum in support of this motion is attached.

       _s/Percy Squire, Esq._____
Charles W. Cherry, II, Esq.
5200 SW 18th St.
Plantation, FL 33317
Facsimile: (954) 583-9667
CCherry2@aol.com

Of counsel:
PERCY SQUIRE (0022010)
PERCY SQUIRE CO., LLC
514 S. High Street
Columbus, Ohio 43215
Telephone: (614) 224-6525
Facsimile: (614) 224-6529
psquire@sp-lawfirm.com
Counsel for Plaintiffs

# MEMORANDUM

## I.     LOCAL RULE 3.01(g) CERTIFYING STATEMENT

In accordance with L.R. 3.01(g) the undersigned contacted counsel for Defendant on April 9, 2009, to determine if the issues raised by this motion, withdrawal of motion for leave to file second amended complaint and for a temporary restraining order, could be resolved without judicial intervention. An agreement was not reached. Accordingly, the undersigned hereby certifies that he has conferred electronically with opposing counsel and opposing counsel has not agreed on the resolution of this motion.

## II.     WITHDRAWEL OF MOTIONS

Plaintiffs hereby move to withdraw dockets No. 29, 30 and 31 for the reason, a separate action requesting the same relief has been filed by Dr. Cherry.

A separate action was necessary by reason of the pendency of an application before the Federal Communications Commission (FCC) to transfer the license to certain radio stations in Georgia formerly owned by Tama Broadcasting Inc.

The short window to file opposition to the transfer, 30 days, necessitated moving for injunctive relief immediately. Accordingly a separate action has been filed.

    _s/Percy Squire, Esq._____
Charles W. Cherry, II, Esq.
5200 SW 18th St.
Plantation, FL 33317
Facsimile: (954) 583-9667
CCherry2@aol.com

Of counsel:
PERCY SQUIRE (0022010)
PERCY SQUIRE CO., LLC
514 S. High Street
Columbus, Ohio 43215
Telephone: (614) 224-6525

Facsimile: (614) 224-6529
psquire@sp-lawfirm.com
Counsel for Plaintiffs

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing was served on the parties on the attached service list as indicated by electronic mail via the Court's Electronic Document Filing System or first class, U.S. mail this 10th day of April, 2009.

*s/Percy Squire, Esq.*
Percy Squire, Esq.

This document was created with Win2PDF available at http://www.win2pdf.com.
The unregistered version of Win2PDF is for evaluation or non-commercial use only.
This page will not be added after purchasing Win2PDF.