UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| TAMA BROADCASTING, INC.; TAMA GROUP, L.C.: TAMA RADIO LICENSES OF JACKSONVILLE, FLORIDA, INC.; TAMA RADIO LICENSES OF TAMPA, FLORIDA, INC.; TAMA BROADCASTING GROUP OF FLORIDA, LC.; TAMPA BROADCASTING, LTD.; TAMA RADIO LICENSES OF SAVANNAH, GEORGIA, INC.; and CHERRY GROUP, L.L.C., <br><br>Plaintiffs,<br><br>v.<br><br>D.B. ZWIRN OPPORTUNITIES FUND, L.P.,<br><br>Defendant. | : CASE NO. 3:08-cv-222-J-33TEM |

## CHERRY GROUP, LLC STATUS REPORT

Since the Cherry Group's last status report related actions have been filed in the Tampa Division. It is recommended that this action be transferred to and consolidated with 8:09-cv-33.

         _s/Percy Squire, Esq._
PERCY SQUIRE (0022010)
PERCY SQUIRE CO., LLC
514 S. High Street
Columbus, Ohio 43215
Telephone: (614) 224-6525
Facsimile: (614) 224-6529
psquire@sp-lawfirm.com
Former counsel for Plaintiffs

Of Counsel:

**EXHIBIT**
Composite
1

        Charles W. Cherry, II, Esq.
        5200 SW 18th St.
        Plantation, FL 33317
        Facsimile: (954) 583-9667

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served via U.S. Postal Service, facsimile or email May 7, 2009, upon the following:

David Hywel Leonard
CARLTON FIELDS, PA
P.O. Box 3239
Tampa, FL 33601
813-223-7000 Telephone
813-229-4133 Facsimile
hleonard@carltonfields.com
Attorney for DBZ

Carter Anderson
candersen@bushross.com

        *s/Percy Squire, Esq.*
        Percy Squire, Esq.

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| TAMA BROADCASTING, INC.; TAMA GROUP, L.C.: TAMA RADIO LICENSES OF JACKSONVILLE, FLORIDA, INC.; TAMA RADIO LICENSES OF TAMPA, FLORIDA, INC.; TAMA BROADCASTING GROUP OF FLORIDA, LC.; TAMPA BROADCASTING, LTD.; TAMA RADIO LICENSES OF SAVANNAH, GEORGIA, INC.; and CHERRY GROUP, L.L.C., | : <br> : <br> : <br> : <br> : CASE NO. 3:08-cv-222-J-33TEM <br> : <br> : <br> : <br> : |
| Plaintiffs, <br> v. <br><br> D.B. ZWIRN OPPORTUNITIES FUND, L.P., <br><br> Defendant. | : <br> : <br> : <br> : <br> : <br> : |

## CHERRY GROUP, LLC STATUS REPORT

As stated in the Cherry Group's last status report related actions have been filed in the Tampa Division. It is recommended that this action be transferred to and consolidated with 8:09-cv-33 and that discovery be permitted to commence.

                                                                                  *s/Percy Squire, Esq.*
                                                                               PERCY SQUIRE (0022010)
                                                                               PERCY SQUIRE CO., LLC
                                                                               514 S. High Street
                                                                               Columbus, Ohio 43215
                                                                               Telephone: (614) 224-6525
                                                                               Facsimile: (614) 224-6529
                                                                               psquire@sp-lawfirm.com
                                                                               Former counsel for Plaintiffs

Of Counsel:

                                      Charles W. Cherry, II, Esq.
                                      5200 SW 18th St.
                                      Plantation, FL 33317
                                      Facsimile: (954) 583-9667

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served via the court's electronic filing or email, September 18, 2009, upon the following:

David Hywel Leonard
CARLTON FIELDS, PA
P.O. Box 3239
Tampa, FL 33601
813-223-7000 Telephone
813-229-4133 Facsimile
hleonard@carltonfields.com
Attorney for DBZ

Carter Anderson
candersen@bushross.com

                                        *s/Percy Squire, Esq.*
                                        Percy Squire, Esq.

This document was created with Win2PDF available at http://www.win2pdf.com.
The unregistered version of Win2PDF is for evaluation or non-commercial use only.
This page will not be added after purchasing Win2PDF.