**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

DR. GLENN W. CHERRY,
CHARLES W. CHERRY, II, ESQ., and
GROUP ASSETS, LLC,

     Plaintiffs,

vs.                                                           Case No. 8:09-cv-0033-T33-EAJ

D.B. ZWIRN SPECIAL OPPORTUNITIES
FUND, L.P. et al,

     Defendants.
_____/

**FORTRESS VALUE RECOVERY FUND I LLC'S NOTICE OF FILING
MOTION TO TRANSFER AND CONSOLIDATE**

Defendant Fortress Value Recovery Fund I LLC ("FVRF"), formerly known as D.B. Zwirn Special Opportunities Fund, LLC, by and through undersigned counsel, hereby gives notice of filing its Motion to Transfer and Consolidate in the litigation styled <u>Cherry Group, LLC et al v. D.B. Zwirn Special Opportunities Fund, L.P.</u>, No. 3:08-cv-00222-J34-TEM (M.D. Fla., Jacksonville Division). FVRF attaches a copy of its Motion as Exhibit A hereto.

                                                                         Respectfully submitted,

                                                                         **/s/ Fentrice D. Driskell**
                                                                         David Hywel Leonard
                                                                         Florida Bar No. 0296376
                                                                         Fentrice D. Driskell
                                                                         Florida Bar No. 0833851
                                                                         CARLTON, FIELDS, P.A.
                                                                         P.O. Box 3239
                                                                         Tampa, FL 33601-3239
                                                                         Telephone: (813) 223-7000

Facsimile: (813) 229-4133
hleonard@carltonfields.com
fdriskell@carltonfields.com
Attorneys for Fortress Value Recovery
Fund I LLC

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed with the Clerk of this Court on January 21, 2010, using the CM/ECF system, which will serve a notice of filing upon the filing users.

    /s/ Fentrice D. Driskell
    Attorney