**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

DR. GLENN W. CHERRY,
CHARLES W. CHERRY, II, ESQ., and
GROUP ASSETS, LLC,

    Plaintiffs,

vs.                               Case No. 8:09-cv-0033-T33-EAJ

D.B. ZWIRN SPECIAL OPPORTUNITIES
FUND, L.P.; DANIEL B. ZWIRN; PETER LIEBERMAN;
BLACK ENTERPRISE/GREENWICH STREET CORPORATE
GROWTH INVESTORS, LLC; TED BOLTON; BLACK
ENTERPRISE/GREENWICH STREET CORPORATE
GROWTH PARTNERS, L.P.; STRAIGHT WAY RADIO, LLC;
BERNARD RADIO, LLC; CHRIS MCMURRAY; JEFFERY SCOTT;
ED A. WILLIAMS; and TAMA BROADCASTING, INC.,

    Defendants.
_____/

**ZWIRN DEFENDANTS' MEMORANDUM IN OPPOSITION TO PLAINTIFFS'
MOTION TO STAY PENDING APPEAL**

    Defendants D.B. Zwirn Special Opportunities Fund, L.P. (n/k/a Fortress Value Recovery Fund I LLC) (the "VRF Fund"); Daniel B. Zwirn; Peter Leibman (incorrectly identified as Peter Lieberman); Chris McMurray; Straightway Radio, LLC; and Bernard Radio, LLC (collectively, the "Zwirn Defendants") hereby file this response to Plaintiffs' motion to stay the Judgment entered by this Court on January 27, 2010, pending appeal.

    The procedural posture of this case renders a stay unnecessary. The Court dismissed Plaintiffs' claims against all Defendants with prejudice. There is nothing to stay because there is nothing for Defendants to enforce. Moreover, Plaintiffs fail to

16370970.1

identify any viable basis for a stay in their motion. Hence, Plaintiffs' motion is superfluous and should be denied.

Nonetheless, even if a stay were possible in this case, the Court still should deny Plaintiffs' motion because Plaintiffs fail to satisfy the standard for the issuance of a stay. The "well-settled" law of this circuit provides that "[t]he grant of a motion to stay the trial court's mandate is an exceptional response granted only on a showing of a probable likelihood of success on the merits on appeal, or upon a lesser showing of a substantial case on the merits when the balance of the equities weighs heavily in favor of granting the stay." United States v. Hamilton, 963 F.2d 322, 323 (11th Cir. 1992) (citing Garcia-Mir v. Meese, 781 F.2d 1450, 1453 (11th Cir. 1986) (internal quotations omitted). Plaintiffs fail to show any extraordinary circumstance warranting a stay, and fail to address either prong of the test for the issuance of a stay in their motion. Accordingly, the Court should deny Plaintiffs' motion to stay the Judgment pending appeal.

Respectfully submitted,

/s/ Fentrice D. Driskell
David Hywel Leonard
Florida Bar No. 0296376
D. Matthew Allen
Florida Bar No. 0866326
Fentrice D. Driskell
Florida Bar No. 0833851
CARLTON FIELDS, P.A.
P.O. Box 3239
Tampa, FL 33601-3239
Telephone: (813) 223-7000
Facsimile: (813) 229-4133
hleonard@carltonfields.com
mallen@carltonfields.com
fdriskell@carltonfields.com
Attorneys for the Zwirn Defendants

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed with the Clerk of this Court on February 10, 2010, using the CM/ECF system, which will serve a notice of filing upon the filing users.

                                              /s/   Fentrice D. Driskell
                                                           Attorney