**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | | |
|---|---|---|
| **DR. GLENN W. CHERRY, et al.** | : | |
| | : | |
| **Plaintiffs,** | : | **Case No. 8:09 CV-33-T33-EAJ** |
| | : | |
| **vs.** | : | |
| | : | **Judge Covington** |
| **D.B. ZWIRN SPECIAL** | : | |
| **OPPORTUNITIES FUND, L.P., et al.** | : | **Magistrate Judge Jenkins** |
| | : | |
| **Defendants,** | : | |
| | : | |
| **and** | : | |
| | : | |
| **TBI BROADCASTING, INC.,** | : | |
| | : | |
| **Nominal Defendants.** | : | |

## NOTICE OF APPEAL

The undersigned counsel for Plaintiffs in this action hereby appeals the January

27, 2010 final Order in this action, docket no. 180.


_/s/Charles W. Cherry II_____
Charles W. Cherry II, Esq.
FL Bar #382221
5200 SW 18th St.
Plantation, FL 33317
Facsimile:  (954) 583-9667
Telephone:   (813) 267-7342
CCherry2@gmail.com
Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was

served on the parties on the attached service list as indicated by electronic mail via the

Court's Electronic Document Filing System, February 18, 2010.

David Hywel Leonard
CARLTON FIELDS, PA
P.O. Box 3239
Tampa, FL 33601
813-223-7000 Telephone
813-229-4133 Facsimile
hleonard@carltonfields.com

J. Carter Anderson, Esq.
Bush Ross
P.O. Box 8013
Tampa, FL 33610-3913
canderson@bushross.com

Michael C. Addison, Esq.
Law Office of Michael C. Addison, P.A.
P.O. Box 172535
Tampa, FL 33672
m@mcalaw.net

Neal Allen Sivyer
Melissa A. Givens, Esq.
Sivyer Barlow & Watson, P.A.
SunTrust Financial Centre
401 East Jackson Street, Suite 2225
Tampa, FL 33602
813-221-4242 T
813-227-8598 F
nsivyer@sbwlegal.com
mgivens@sbwlegal.com


_/s/Charles W. Cherry II_____
Charles W. Cherry II, Esq.
FL Bar #382221