**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
Office of the Clerk
Sam M. Gibbons United States Courthouse
801 North Florida Avenue
Tampa, Florida 336023800
(813) 301-5400
www.flmd.uscourts.gov

Sheryl L. Loesch
Clerk

Alycia Marshall
Operations Manager
Matt Kirsch
Court Services Supervisor

April 14, 2010

WHYZ RADIO, L.P.; DR. GLENN W. CHERRY;
CHARLES W. CHERRY, II, ESQ.; GROUP ASSETS,
LLC,
    Plaintiffs,

-vs-              Case No. 8:09-cv-33-T-33EAJ

D.B. ZWIRN SPECIAL OPPORTUNITIES FUND,
L.P.; BLACK ENTERPRISE/GREENWHICH
STREET CORPORATE GROWTH INVESTORS,
LLC; BLACK ENTERPRISE/GREENWHICH
STREET CORPORATE GROWTH
MANAGEMENT, LLC; BLACK
ENTERPRISE/GREENWHICH STREET
CORPORATE GROWTH PARTNERS, L.P.;
STRAIGHT WAY RADIO, LLC; BERNARD
RADIO, LLC; CHRIS MCMURRAY; JEFFERY
SCOTT; ED A. WILLIAMS,
    Defendants.
_____/

## CERTIFICATE OF READINESS OF RECORD ON APPEAL

**U.S.C.A. Case Number:** 09-15186-BB and 10-10761-HH

Pursuant to Federal Rules of Appellate Procedure 11©), the Clerk of the United States District Court for the Middle District of Florida hereby certifies that the record is complete for purposes of this appeal. The record, including the transcript of parts thereof designated for inclusion and all necessary exhibits, consists of:

Complete Record on Appeal:

- 2 Volumes of Pleadings
- 1 Volume of Transcript
- 1 folder of documentary exhibits

SHERYL L. LOESCH, CLERK

By: D. Greco, Deputy Clerk