# IN THE UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

8:09-cv-33-T-33

No. 10-10761-HH



GLENN W. CHERRY, Dr.,
CHARLES W. CHERRY, II, Esq.,
GROUP ASSETS, LLC,

                                            Plaintiffs - Appellants,

versus

D.B. ZWIRN SPECIAL OPPORTUNITIES FUND, L.P.,
BLACK ENTERPRISE/GREENWICH STREET CORPORATE GROWTH
INVESTORS, LLC,
ET AL.,

                                            Defendants - Appellees.

---

On Appeal from the United States District Court for the
Middle District of Florida

---

BEFORE: BARKETT, HULL and MARCUS, Circuit Judges.

BY THE COURT:

Appellants' motion for stay pending appeal is DENIED.

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

April 26, 2010

MEMORANDUM TO COUNSEL OR PARTIES

Appeal Number: 10-10761-HH
Case Style: Glenn Cherry, et al v. D.B. Zwirn Special Opportuniti, et al
District Court Docket No: 8:09-cv-00033-VMC-EAJ

The following action has been taken in the referenced case:

The enclosed order has been ENTERED.

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Joe Caruso
Phone #: (404) 335-6177

MOT-2 Notice of Court Action