UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DR. GLENN W. CHERRY, CHARLES W.
CHERRY, ESQ., and GROUP ASSETS, LLC,

          Plaintiffs,

v.                                  CASE NO.: 8:09-CV-0033-T-33-VHC/EAJ

D.B. ZWIRN SPECIAL OPPORTUNITIES
FUND, L.P., BLACK ENTERPRISE/
GREENWICH STREET CORPORATE
GROWTH INVESTORS, LLC, BLACK
ENTERPRISE/GREENWICH STREET
CORPORATE GROWTH PARTNERS, L.P.,
STRAIGHT WAY RADIO, LLC, BERNARD
RADIO, LLC, CHRIS MCMURRAY,
JEFFREY SCOTT, ED A. WILLIAMS, and
TAMA BROADCASTING, INC.

          Defendants.
_____/

## NOTICE OF WITHDRAWAL OF APPEARANCE OF
## BRYAN D. HULL, ESQ. AS A COUNSEL OF RECORD

The undersigned counsel for Nominal Defendant, Tama Broadcasting, Inc. ("**Tama**"), hereby notifies the Court that Brian D. Hull, Esq. should no longer be listed as counsel of record in the above-captioned case, based upon the following:

Mr. Hull formerly was associated with the law firm Bush Ross, P.A. Mr. Hull left the firm and as such, the Tama Plaintiffs directed that Mr. Hull not continue to represent the Tama Plaintiffs. J. Carter Andersen, Esq. of Bush Ross, P.A. has been and will continue to be lead counsel for the Tama Plaintiffs in this matter.

834754.1

WHEREFORE, it is respectfully requested that Bryan D. Hull, Esq. be removed as counsel of record in this case, and that the Clerk of Court be directed to remove Mr. Hull from the CM/ECF e-mail service list.

Dated: September 3, 2010

        BUSH ROSS, P.A.
        P.O. Box 3913
        Tampa, FL 33601-3913
        (813) 224-9255
        (813) 223-9620 – fax

        By: /s/ J. Carter Andersen
            J. Carter Andersen
            Florida Bar No. 0143626

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 3, 2010, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

        By: /s/ J. Carter Andersen
            Counsel for the Tama Plaintiffs

2

834754.1