# IN THE UNITED STATES COURT OF APPEALS

# FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JULY 13, 2011
JOHN LEY
CLERK

No. 10-10761

D.C. Docket No. 8:09-cv-00033-VMC-EAJ

GLENN W. CHERRY, Dr.,
CHARLES W. CHERRY, II, Esq.,
GROUP ASSETS, LLC,

Plaintiffs-Appellants,

versus

D. B. ZWIRN SPECIAL OPPORTUNITIES
FUND, L.P., BLACK ENTERPRISE/GREENWICH
STREET CORPORATE GROWTH INVESTORS,
LLC, et al.,

Defendants-Appellees.

Appeal from the United States District Court
for the Middle District of Florida

BEFORE: TJOFLAT, CARNES, and HILL, Circuit Judges.

BY THE COURT:

Tama Broadcasting, Inc.'s Motion for Damages and Costs, filed June 4, 2010, against plaintiffs/appellants is DENIED. Appellants' cross-motion for damages and costs, filed June 30, 2010, is DENIED.